UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   AFFIDAVIT OF SERVICE
BANK OF AMERICA, NATIONAL ASSOCIATION         Index # 11 CIV 9098

                                 Plaintiff,

   -against-

HYDROGEN POWER SOURCE, LLC a/k/a
HYDROGEN POWER SYSTEMS, LLC and
SAMUEL L CASTER,

                              Defendants
-----------------------------------------------------------------X

STATE OF   Georgia
COUNTY OF  Pickens

       Rachael Malone, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Georgia.

       On December 16, 2011, at approximately 10.15 am, at 131 Prominence CT, Dawsonville, Suite 110 , Georgia 30534, Deponent served the within Civil Cover Sheet, Summons and Complaint with Exhibits, Rule 7.1 Statement, Individual Practices of Judge Louis L Stanton and Individual Practice of Magistrate Judge Andrew J Peck upon: **Hydrogen Power Source, LLC a/k/a Hydrogen Systems LLC**  C/o Turner and Willis LP, Registered agent, by delivering to and leaving with Henry Young, Agent, true and correct copies of said documents. At the time of said service, Henry Young, stated that he is duly authorized to accept service of legal documents on behalf of Hydrogen Power Source, LLC a/k/a Hydrogen Systems LLC C/o of Turner and Willis.

       Henry Young is described as a white male, approximately 55-60 yrs., of age, 160 lbs, 5'10" tall, has grey hair and wears glasses.

                                                           Rachael Malone

Sworn to before me this
December 16, 2011

Barbara Roberson
Notary Public