# AFFIDAVIT OF SERVICE

Bank of America, National Association

V

Hydrogen Power Source, LLC
a/k/a/ Hydrogen Power Systems, LLC,
and Samuel L Caster

CASE: 11 CV 9098
Division: United States District Court for the Southern District of New York

Received by JASON LIGHTNER on 12/14/2011 at 10:00 AM, to be served on Samuel L Caster at 2034 West Belt Line Road, Cedar Hills, Texas 75104.

I, JASON LIGHTNER being duly sworn, depose and say that on the 23 day of December 2011 at 9:41 AM., I :

( ) CORPORATION SERVICE: I PESONALLY PERFECTED SERVICE BY SERVING:

Title of person: Managing Partner of the within-named corp. ( ) AUTHORIZED TO ACCEPT SERVICE

( ) NON SERVE FOR THIS REASON BELOW:

( X ) GAVE NOTICE OF THIS SUIT BY PERSONALLY AFFIXING TO THE DEFENDANT'S USUAL PLACE OF ABODE ENCLOSED IN PLASTIC LOCATED AT 2034 West Belt Line Road, Cedar Hills, Texas 75104 A COPY OF THE SUMMONS, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, A COPY OF THE INDIVIDUAL PRACTICES OF JUDGE LOUIS L. STANTON, AND A COPY OF THE INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK AS WELL AS MAILED A COPY OF SAID DOCUMENTS TO THE DEFENDANT WHOSE ADDRESS IS 2034 West Belt Line Road, Cedar Hills, Texas 75104 ON 10:52 am 12-23-2011.

COMMENTS:
On 12-15-2011 at 3:10 pm - no answer at the door. This is a gated mansion. There is no way to access it. Neighbors confirmed that the defendant lives at this address. Left Card on gate and taped to front of mail box.
On 12-16-2011 at 5:56 pm - no answer at door. Cards were gone. Left another card by gate.
On 12-17-2011 at 7:06 am - no answer at door. Card gone.
On 12-19-2011 at 9:12 pm - no answer at door.
On 12-21-2011 at 12:00 pm - spoke with client who requested alternative service by posting documents to the door.
On 12-23-2011 at 9:41 am - posted documents to the door (see above).
On 12-23-2011 at 10:52 am - mailed documents (see above).

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on
12-23, 2011 by the affiant
who is personally
known to me.

Notary Public

PROCESS SERVER
APPOINTED IN ACCORDANCE WITH STATE STATUTES

JUDICIAL SERVICES
PO BOX 1513
Lake Dallas, TX 75065
SCH00000781
TX PI #A13173

KAREN O'BRIEN
My Commission Expires
July 14, 2014